# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                                   Case No.: 1:19−cr−00275
                                                        Honorable Thomas M. Durkin

Weiyun Huang, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 13, 2019:

      MINUTE entry before the Honorable Thomas M. Durkin:as to Weiyun Huang, Findream, LLC, Sinocontech, LLC, Defendant Weiyun Huang ordered to appear and be transported by U.S. Marshals Service to the change of plea hearing set for 12/20/2019 at 10:00 a.m. In the interest of justice and without objection, time is excluded from today to and including 12/20/2019 under 18:3161(h)(7)(B)(iv) of the Speedy Trial Act. Change of plea hearing for all defendants is set for 12/20/2019 at10:00 AM. Mailed notice (srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.